# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GILBERT FANTONI**, | : | CIVIL ACTION NO. 1:08-CV-00810 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **WARDEN B. A. BLEDSOE**, et al., | : | |
| Respondents. | : | |

## ORDER

AND NOW, this 9th day of May, 2008, upon consideration of petitioner's motion for a court order compelling production of the personnel file of Richard E. Williams, Residential Drug Abuse Program Coordinator (Doc. 4), it is hereby ORDERED that the motion (Doc. 4) is DENIED as premature, pending the court's disposition of the petition (Doc. 1), respondent's forthcoming answer, and petitioner's traverse, should he file one.

                                              S/ Christopher C. Conner
                                              CHRISTOPHER C. CONNER
                                              United States District Judge