# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GILBERT FANTONI**, | : | CIVIL ACTION NO. 1:08-CV-00810 |
| Petitioner | : | |
| | : | (Judge Conner) |
| v. | : | |
| | : | |
| **WARDEN B. A. BLEDSOE**, et al., | : | |
| Respondents. | : | |

## ORDER

AND NOW, this 9th day of May, 2008, upon consideration of petitioner's motion for emergency habeas corpus proceedings and expedited disposition for good cause (Doc. 3), construed by the court as a motion for an evidentiary hearing, it is hereby ORDERED that the motion (Doc. 3) is DENIED as premature, pending the court's disposition of the petition (Doc. 1), respondents' forthcoming answer, and petitioner's forthcoming traverse, should he file one. See R. GOVERNING § 2254 CASES R. 8(a) (applicable to petitions filed under 28 U.S.C. §2241 in the discretion of the court).

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge