# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GILBERT FANTONI,** | : | **CIVIL ACTION NO. 1:08-CV-00810** |
| **Petitioner** | : | (Judge Conner) |
| v. | : | |
| **WARDEN B. A. BLEDSOE**, et al., | : | |
| **Respondents.** | : | |

## **ORDER**

AND NOW, this 18th day of June, 2008, upon consideration of plaintiff's motion to file a document under seal (Doc. 16), and pursuant to Middle District Local Rule 5.8, it is hereby ORDERED that the motion (Doc. 16) is GRANTED. Exhibit 13 (Doc. 17) shall remain under seal pending further order of the court.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge